STEVEN T. GUBNER – Bar No. 156593
SUSAN K. SEFLIN – Bar No. 213865
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:  sgubner@bg.law
         sseflin@bg.law
         jbagdanov@bg.law
         jwellington@bg.law

Attorneys for Chapter 11 Debtor
in Possession and Plaintiff Sarina Browndorf

**FILED & ENTERED**

**JUL 26 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Sarina Browndorf,<br><br>Debtor. | Case No. 8:21-bk-12506-TA<br><br>Chapter 11<br><br>Adv. Case No. 8:22-ap-01020-TA |
| Sarina Browndorf, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Matthew Browndorf, et al.<br><br>Defendants. | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE WHY MATTHEW BROWNDORF SHOULD NOT BE HELD IN CIVIL CONTEMPT AND RELATED RELIEF**<br><br>**Continued Hearing:**<br><br>Date: September 14, 2022<br>Time: 10:00 a.m.<br>Place: Via ZoomGov |

1

2813703

On July 6, 2022 at 10:00 a.m., a continued hearing was held before the Honorable Theodor Albert, Chief United States Bankruptcy Judge, on the Court's *Order to Show Cause why Matthew Browndorf Should Not Be Held in Civil Contempt for Violation of this Court's Preliminary Injunction Order* [Adv. Doc. #78] (the "OSC").  Appearances were made as noted in the record.

The Court, having considered the statements and arguments of the parties and counsel during the hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the hearing on the OSC is continued to September 14, 2022 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the parties shall file status report(s) updating the Court on the status of Matthew Browndorf's compliance with the OSC and this Order no later than September 7, 2022.

**IT IS FURTHER ORDERED** that Matthew Browndorf shall produce forthwith to Theodore Lanes the following documents, information and/or electronic access thereto:

1. Bank records relating to RCM-US, LLC (which is owned 49.5% by Distressed Capital Management, LLC) and RMS Asset Management (which is owned 49.5% by RCM-US, LLC):

   a. RCM-US, LLC City National Bank Account 402184337 statements from 2019 to present;

   b. RCM-US, LLC First Republic Bank Account ending in 48678 statements from 2019 to present; and

   c. RCM-US, LLC First Foundation Bank account 2110004204 statements from 2019 to present.

2. DCM-P1, LLC bank records as follows: Stonecrest Capital Markets account 5RC-014012 (statements from 2019 to present).

3. For Pluto Sama Holdings, Inc. subsidiary RCM LuxCo Coop S.A., the following bank records: (a) ING Bank Account LU05 0141 4560 2780 3010 statements from 2018 to present; and (b) ING Bank Account LU04 0141 3560 8290 3010 statements from 2018 to present.

2813703

4.  For Pluto Sama Holdings, Inc. subsidiary Plutos Capital Group, LLC: (a) Operating agreement and any amendment; and (b) Pacific Premier Bank Account 763823947 statements from 2018 to present.

5.  For Plutos National Title, LLC: (a) Operating agreement and any amendment; and (b) BB&T Bank Account 5157106556 statements from 2018 to present.

6.  For entity RCM Polska, mBank account 61114010100000559376001001 statements from 2018 to present and signature cards.

7.  A list of all joint ventures entered into between RMS Asset Management and Distressed Capital Management, LLC.

8.  With respect to the WCCB Law Citibank account ending in 1899, the following:

   a.  For the 21 wire transfers identified as "to Matthew Browndorf" from this account from November 2020 through December 2021 (totaling approximately $642,059), identify the bank(s) and bank account numbers that received such transfers (and produce supporting documentation and bank records related thereto).

   b.  Identify the source of the $727,905 deposited on September 2, 2021 by Lowitt & Associates, and produce the corresponding invoice or other documentation as to why the funds were paid.

   c.  Identify the source of the $1,595,000 deposited on November 21, 2021, paid from The Frank Law Firm, and provide the corresponding invoice or other documentation as to why the funds were paid.

   d.  Produce the corresponding invoice or other documentation as to why the funds were paid with respect to the $10,000 payment to PSH_Browndorf_Settle on November 18, 2021.

   e.  Produce the corresponding invoices or other documentation as to why the RBSHD 2013-1 Trust transferred a total of $141,692 between October of 2020 and May of 2021 to the 1899 account.

   f.  Produce the bank statements relating to the transfers from the RBSHD 2013-1 Trust set forth in Paragraph 8(e) above.

2813703

g. Produce the corresponding invoices or other documentation as to why RMS Asset Management transferred a total of $414,308 between October of 2020 and October of 2021 to the 1899 account.

9. With respect to the multiple transfers from Citibank account ending 5146 that are noted on the WCCB Law bank statements as "Transfer Credit / Transfer From Checking 006862715146 Via CBusOL", produce all bank statements and cancelled checks from 2019 to present, or provide the CRO Mr. Lanes electronic access thereto.

10. Produce the articles of incorporation for House of Browndorf Inc. incorporated on February 16, 2022 in Delaware.

11. Produce the list of shareholders for House of Browndorf Inc.

12. Produce the bank statements from House of Browndorf Inc. JPMorgan Chase Bank N.A. Account 823159055 statements from inception to present.

**IT IS SO ORDERED.**

### ###

Date: July 26, 2022

Theodor C. Albert
United States Bankruptcy Judge

2813703